UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT BASHAM and ANGELA BASHAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:07MC468 CDP |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. This case was docketed as a miscellaneous case. Upon review, the Court finds that this case should be filed on the Court's civil docket. As a result, the Court will direct the Clerk to assign a civil case number to this case. Additionally, the Court will order plaintiffs to pay the entire civil filing fee of $350, minus the $39 miscellaneous case filing fee they have already paid.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall assign a civil case number to this case.

**IT IS FURTHER ORDERED** that plaintiffs shall pay $311 to the Clerk of Court no later than **September 27, 2007**.

Dated this 13th day of September, 2007.

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE